# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                             Plaintiff,

v.

                                             Case No.: 1:19–cr–00917
                                             Honorable Andrea R. Wood

Vortex Commercial Flooring, Inc., et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 28, 2021:

      MINUTE entry before the Honorable Andrea R. Wood as to Vortex Commercial Flooring, Inc.: Change of plea hearing on 5/28/2021. With the consent of the Defendant, all parties appear by video pursuant to the CARES Act. Delmar Church appears as corporate representative of the Defendant. Defendant is informed of its rights. Defendant withdraws its plea of not guilty and enters a plea of guilty to the superseding information. The Court accepts the plea and enters judgment of guilty as to Vortex Commercial Flooring Inc. The Clerk shall docket Attachment A to the plea agreement under seal. Telephonic status hearing set for 7/9/2021 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.